PER CURIAM.
 

 DISMISSED.
 
 See Perrette v. State,
 
 960 So.2d 888 (Fla. 4th DCA 2007) (holding that the filing of a timely pro se motion to withdraw plea alleging conflict with counsel suspended rendition of judgment and sentence, thus rendering appeal premature).
 
 Gf Clemons v. State,
 
 3 So.3d 364, 365-66 (Fla. 2d DCA 2009) (“A timely motion to withdraw plea delays rendition of a defendant’s judgment and sentence until the trial court files a signed, written order disposing of the motion.”). The appellant’s pro se “Motion to Withdraw Supplemental II” is hereby denied as moot.
 

 HAWKES, C.J., VAN NORTWTCK, and MARSTILLER, JJ., concur.